IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTINE OTTOW,

    Plaintiff,

    v.

Case No. 20-cv-948-wmc

PROFESSIONAL PLACEMENT SERVICES, LLC,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Christine Ottow against defendant Professional Placement Services, LLC in the amount of $1,001.00.

| s/ K. Frederickson, Deputy Clerk | November 13, 2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |